## 'ARNOT and Others v. BAIRD.

### No. 11,200; August 27, 1886.

12 Pac. 386.

**Mortgage — Deed Absolute — Foreclosure—Pleading.**—In an action to declare a deed absolute in form a mortgage, and sell the property conveyed thereby to satisfy certain notes described in the complaint, where the complaint states that the notes were made payable to parties named, and that a subsequent deed of trust reciting the former deed was made to secure the payment of the amount thereof, and the deed, which is set out in the complaint, states that it was given to secure the payment thereof, the allegations as to the making and delivery of the notes are sufficient to sustain a decree of foreclosure and sale.

APPEAL from Superior Court, Sierra County.

Action to have an absolute deed declared a mortgage, and have the property sold to satisfy certain notes described in the complaint.

Van Clief & Wehe for respondents, Arnot and others; Cross & Simonds for appellant, Baird.

By the COURT.—Appeal from judgment. If the recital of facts contained in the decree is not to be treated as a finding of facts, it will be deemed that findings were waived. If the recital is to be treated as a finding of facts, the facts were therein sufficiently found to sustain the decree. There is no bill of exceptions; and it does not in any manner appear that findings of fact were not waived. It may be that findings were waived, and therefore the statement of facts in the decree may be treated as a useless statement. If findings were waived, the statement of facts in the decree would not necessarily show error.

The complaint states that the notes were made by the defendant, and were made to the parties respectively; and that the deed of trust was made to secure the payment of the amounts thereof; also the deed of trust (set out in the complaint) states that it was given to secure the payment of the

amounts of the various notes. We think there are sufficient allegations as to the making and delivery of the notes: Hook v. White, 36 Cal. 300.

Judgment affirmed.